# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:23-CV-00572-KDB-SCR

| | |
|---|---|
| STARR INDEMNITY & LIABILITY COMPANY AND PCS WIRELESS LLC, ) ) ) Plaintiffs, ) ) v. ) ) RXO CAPACITY SOLUTIONS, LLC, ) ) ) Defendant. ) | **ORDER** |

**THIS MATTER** is before the Court on the Motions for Admission *Pro Hac Vice* and Affidavits for Andrew Robert Spector and Marc Alan Rubin (Doc. Nos. 21-22) filed June 20, 2024. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel and to the Honorable Kenneth D. Bell.

**SO ORDERED**.

Signed: June 20, 2024

Susan C. Rodriguez
United States Magistrate Judge