UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 23-cv-00572-KDB-SCR

STARR INDEMNITY & LIABILITY
COMPANY and PCS WIRELESS LLC,

    Plaintiffs,

v.

RXO CAPACITY SOLUTIONS, LLC
f/k/a XPO Logistics, LLC,

    Defendant.

**NOTICE OF SETTLEMENT**

    COMES NOW Plaintiff Starr Indemnity & Liability Company and hereby provides notice that the parties have reached a settlement that resolves this action in its entirety. The parties expect to file a stipulation of dismissal with prejudice within forty days.

This the 5th day of September 2025.

    Respectfully submitted,

    B) Elizabeth Todd
    NC Bar #23800
    The Law Office of B. Elizabeth Todd, pllc
    Attorneys for the Plaintiff
    Starr Indemnity & Liability Company
    15105-D John J. Delaney Drive #145
    Charlotte, NC 28277
    Phone: 704-644-0929
    Cell: 704-737-3725
    Fax: 980-939-6374
    elizabeth@etoddlaw.com

    - and -

S/ *Kevin J.B. O'Malley*  
Kevin J.B. O'Malley, *pro hac vice*  
Nicoletti Hornig Namazi Eckert & Sheehan  
Attorneys for the Plaintiff  
Starr Indemnity & Liability Company  
Wall Street Plaza  
88 Pine Street, Seventh Floor  
New York, New York 10005  
Phone: (212) 220-3830  
komalley@nicolettihornig.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 5, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the Court's CM/ECF system. Notice of filing will be sent by operation of the Court's CM/ECF system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

S/ *Kevin J.B. O'Malley*